FILED
DEC 16 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

JUDGE KNEPP
MAG JUDGE CLAY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N F O R M A T I O N |
| Plaintiff, | ) ) ) | 3:22 CR 730 |
| v. | ) ) | CASE NO._____ |
| PHILEMON OSEGHE, | ) ) | Title 18, United States Code, Sections 1341 and 1343 |
| Defendant. | ) ) | |

COUNT 1
(Conspiracy to Commit Mail and Wire Fraud, 18 U.S.C. § 1349)

The First Assistant United States Attorney charges:

1. From in or around September 2017 through June 2021, in the Northern District of Ohio, Western Division, and elsewhere, Defendant PHILEMON OSEGHE, together with others known and unknown, knowingly and intentionally combined, conspired, confederated, and agreed together and with each other, to commit offenses under Title 18, United States Code, Chapter 63, to wit:

   a. knowingly devised and intended to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice to defraud and attempting to do so, deposited and caused to be deposited in any post office and authorized depository for mail matter, any matter and thing whatever to be sent and delivered by the Postal Service and any private and



    commercial interstate carrier, in violation of Title 18, United States Code, Section 1341; and

b. knowingly devised and intended to devise a scheme and artifice to defraud and to obtain money and property by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme and artifice to defraud and attempting to do so, transmitted and caused to be transmitted by means of wire communication in interstate and foreign commerce, writings, signs, signals, and pictures, in violation of Title 18, United States Code, Section 1343.

Manner and Means

2. The manner and means by which the conspiracy was conducted included the following:

3. Members of the scheme used social networking sites to establish romantic relationships with victims using false identities, and then convinced those victims to send money to scheme participants to meet fictional financial needs such as urgent tax and customs liabilities.

4. Members of the scheme also submitted false invoices and similar business instruments to victim businesses while pretending to be legitimate business partners, and then convinced victim businesses to send funds to members of the scheme pursuant to the fraudulent instruments.

5. OSEGHE would coordinate the receipt of funds obtained under false pretenses pursuant to the above schemes, and then forward those funds to co-conspirators while keeping a portion of the funds for his own enrichment. OSEHGE also maintained corporations that he used as vehicles to receive funds from victims and send funds to co-conspirators in Nigeria.

All in violation of Title 18, United States Code, Section 1349.

## FORFEITURE

6. The allegations contained in Count 1 of this Information are hereby re-alleged and incorporated by reference as if fully set forth herein for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 982(a)(2) and Title 18, United States Code, Section 981(a)(1)(C) / Title 28, United States Code, Section 2461. As a result of these offenses, Defendant PHILEMON OSEGHE shall forfeit to the United States all property constituting, or derived from, proceeds they obtained directly or indirectly as the result of such violations; and/or, all property, real and personal, which constitutes or is derived from proceeds traceable to such violations.

MICHELLE M. BAEPPLER
First Assistant United States Attorney

By: *(signature)*
Ava R. Dustin
Executive Assistant United States Attorney